UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOLLAND-HOUSTON,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>JOB, et al.,<br><br>　　　　　　　Defendants | Case No.  3:23-cv-00625-ART-CSD<br><br>**ORDER** |

**I.　　DISCUSSION**

　　　　The Nevada Department of Corrections recently completed a change of custody levels between High Desert State Prison ("HDSP") and Ely State Prison ("ESP"). (ECF No. 6). In the interest of judicial economy, the Court added the HDSP law library to receive court filings for inmates whose last known address was ESP. (*Id.*). However, since that time, mail to both HDSP and ESP has repeatedly come back as undeliverable to Plaintiff. (ECF Nos. 7-24).

　　　　The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1. Plaintiff has not filed an updated address with the Court, and mail to Plaintiff is coming back as undeliverable.

　　　　Plaintiff shall file his updated address with this Court on or before **November 18, 2024**.  If Plaintiff does not update the Court with his current address by **November 18, 2024**, this action will be subject to dismissal without prejudice.

**II.　　CONCLUSION**

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **November 18, 2024**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when he is able to file his current address with the Court.

DATED THIS 16th day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE